IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-09-1381-C |
| ) | |
| CORRECTIONAL OFFICER ) | |
| DONNELLY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## Report and Recommendation

The Plaintiff has filed two motions for a default judgment against all of the defendants. In the amended complaint, there are seven unidentified staff members who are included as defendants. The Plaintiff has not substituted the actual names or served these individuals. Accordingly, the Court should deny the motion for a default judgment against the seven unidentified staff members.

Mr. Watkins is advised of his right to object to this report and recommendation by March 28, 2011. *See* Fed. R. Civ. P. 6(a)(1)(C), 6(d), 72(b)(2); 28 U.S.C. § 636(b)(1). If Mr. Watkins does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The absence of a timely objection would waive Mr. Watkins' right to review by the Tenth Circuit Court of Appeals. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 9th day of March, 2011.

*Robert E. Bacharach*
Robert E. Bacharach
United States Magistrate Judge