IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIC WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-1381-C |
| | ) | |
| CORRECTIONAL OFFICER | ) | |
| DONNELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on April 4, 2011, recommending that Plaintiff's motion for default judgment as to Defendant Donnelly be denied. Plaintiff has objected. The Court therefore considers the matter de novo.

In his objection, Petitioner merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge in his Report and Recommendation (Dkt. No. 72) and his Order Regarding Vacatur of the Default Entry for Defendant Donnelly (Dkt. No. 70).

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and Plaintiff's motion for default judgment against Defendant Donnelly is denied.

IT IS SO ORDERED this 28th day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge