IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIC WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-1381-C |
| | ) | |
| CORRECTIONAL OFFICER DONNELLY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on November 21, 2011, in which he recommended that the Court should order dismissal without prejudice of all claims against the seven unidentified federal employees. Plaintiff has timely objected. The Court therefore considers the matter de novo.

In Plaintiff's objection, he states he is continuing his attempts to identify and serve the unnamed Defendants. However, because he has been unsuccessful in these attempts for over a year and a half, and in the absence of any explanation of what he has done to identify them or why additional time might prove fruitful, there is no good cause shown for further extensions.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's claims against the seven unidentified federal employees are dismissed. The case is again referred to Judge Bacharach under the original Order of Referral.

IT IS SO ORDERED this 12th day of December, 2011.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge