IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIC WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-1381-C |
| | ) | |
| CORRECTIONAL OFFICER DONNELLY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on December 19, 2011, and Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and no point would be served in repeating that analysis. There is nothing asserted by Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge and finds: the official capacity claims are DISMISSED WITHOUT

PREJUDICE as to all Defendants; the personal capacity claims against Defendant Donnelly are DISMISSED WITHOUT PREJUDICE; and the personal capacity claims against Defendants Ingram, Monroe, Manteufell, and Kastner are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of January, 2012.

ROBIN J. CAUTHRON
United States District Judge